UNITED STATES of America,
Appellee,

v.

**William Jonathan BROWN, Appellant.**

**No. 01–3235.**

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 7, 2002.

Decided Feb. 11, 2002.

Before HANSEN, Chief Judge, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

**PER CURIAM.**

William Jonathan Brown appeals the sentence imposed by the district court[1] after a jury convicted him of armed bank robbery and aiding and abetting, in violation of 18 U.S.C. §§ 2 and 2113(a), (d). He argues the court wrongly assessed a 2-level enhancement for being an organizer or a leader of a criminal activity. *See* U.S.S.G. § 3B1.1(c). We affirm.

The district court did not commit clear error, given the trial testimony of Brown's accomplice that Brown came up with the idea to rob a bank, selected the bank,

recruited his codefendant to participate, instructed the codefendant what to do during the robbery, and devised alibis. *See* U.S.S.G. § 3B1.1, comment. (n.4) (listing factors court should consider); *United States v. Peters,* 59 F.3d 732, 735 (8th Cir.1995) (district court did not commit clear error in applying § 3B1.1 enhancement, as coconspirators testified defendant came up with plan, recruited them to participate, and continued to provide substantial direction during life of plan).

Accordingly, we affirm.

A true copy.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.